**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6985**

COREY DEANDRE HOOD,

Plaintiff - Appellant,

v.

BUREAU OF PRISONS; BELLAMY, Lieutenant; WHITE, R&D Officer; WRIGHT, Correction Officer; OWENS, Correction Officer; MULLINS, Correction Officer; SLONE/SLOAN, Correction Officer; PARSONS, Lieutenant; LAFAVE, Lieutenant; LIVELY, Lieutenant; HANGER, Associate Warden; LIEU, Associate Warden; BRECKON, Warden; JANE DOE, Chief Psychologist; PARKER, Nurse; CAUDILL, Nurse; BROWN, Disciplinary Hearing Officer; WHITE, SHU Officer; JANE DOE, Nurse; HOLBROOK, Correction Officer; JOHN DOE, Nurse; MITCHELL, Correction Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, Chief District Judge. (7:20-cv-00402-MFU-JCH)

Submitted: January 10, 2022                    Decided: January 19, 2022

Before NIEMEYER and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Corey DeAndre Hood, Appellant Pro Se. Sara Bugbee Winn, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey DeAndre Hood appeals the district court's order dismissing his *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), action without prejudice for failing to inform the court of his address of record. On November 22, 2021, we ordered a remand for the limited purpose of allowing the district court to consider a motion for reconsideration pending in the district court after the district court filed a notice indicating its inclination to grant the motion. On remand, the district court granted Hood's motion for reconsideration and vacated its dismissal order. In light of this disposition, and because a decision by this court would not have "a practical effect on the outcome of this case," we dismiss as moot Hood's appeal. *SAS Inst., Inc. v. World Programming Ltd.*, 874 F.3d 370, 390 (4th Cir. 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*